UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LASHONDA COWARD,

                                    Plaintiff,            **NOTICE OF MOTION**

            -against-                                     10 CV 2756 (JMA)(SIL)

COUNTY OF SUFFOLK, RICHARD TOFANO,
Individually, RICCARDO MASCIO, Individually,
RUSS CAPRIA, Individually, and GEORGE ROA,
Individually,

                                    Defendants.

_____

LASHONDA COWARD,

                                    Plaintiff,
                                                          15 CV 6248 (JMA)(SIL)
            -against-

COUNTY OF SUFFOLK, and THOMAS DEXTER,
Individually,

                                    Defendants.

_____

     **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated November 1, 2017, the undersigned shall move this Court before the Honorable Joan M. Azrack, United States District Judge, at the United States Courthouse for the Eastern District of New York, for an order granting Plaintiff's Motion *In Limine* to exclude certain evidence and testimony at trial as set forth in the Memorandum of Law in Support of Plaintiff's Motion *In Limine* dated November 1, 2017.

Dated: New York, New York
     November 1, 2017

                              BRETT H. KLEIN, ESQ., PLLC
                              Attorneys for the Plaintiff
                              305 Broadway, Suite 600
                              New York, New York 10007
                              (212) 335-0132

                              By:    _s/ Brett H. Klein_____
                                        BRETT H. KLEIN

To:     Kyle O. Wood, Esq.