# CIVIL CAUSE FOR TELEPHONE PRETRIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:   11/2/2017      TIME: 10:00 AM      TIME IN COURT:  30 min.

CASE:  CV 10-02756 (JMA)(SIL) Coward v. County of Suffolk et al.
       CV 15-06248 (JMA)(SIL) Coward v. County of Suffolk et al.

APPEARANCES:    For Plaintiff:    Brett Klein

                For Defendant:    Kyle Wood

FTR: 10:28-11:00

**FILED**
**CLERK**
11/2/2017 3:24 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled
- ☐ A status conference is scheduled for
- ☒ Other: Motion in limine [75] (10-2756) and [32] (15-6248) granted in part and denied in part for the reasons set forth on the record.